**No. 22-1253**                            **September Term, 2024**

EPA-FL0A00001

**Filed On: April 3, 2025** [2109315]

Food & Water Watch, et al.,

       Petitioners

    v.

Environmental Protection Agency and
Environmental Appeals Board,

       Respondents

------------------------------

Consolidated with 23-1092

## O R D E R

      Upon consideration of the unopposed motion to govern and continue abeyance, it is

      **ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 21 days after EPA's final permitting decision or by May 27, 2025, whichever occurs earlier.

                                                     **FOR THE COURT:**
                                                     Clifton B. Cislak, Clerk

                                        BY:    /s/
                                                     Catherine J. Lavender
                                                     Deputy Clerk