FOOD AND WATER WATCH, *et al.*,

        *Petitioners*,

      v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

        *Respondents*.

Case No. 22-1253
(consolidated with
Case No. 23-1092)

## JOINT MOTION TO GOVERN AND CONTINUE ABEYANCE

The Parties jointly move to keep these consolidated cases in abeyance for another 45 days, with motions to govern due by July 11, 2025. In support of this motion, the Parties state as follows:

1. Petitioners in these consolidated cases challenge the U.S. Environmental Protection Agency's ("EPA") issuance of National Pollutant Discharge Elimination System Permit No. FL0A00001 ("the Permit") under the Clean Water Act. The Permit authorizes Ocean Era, Inc. to discharge pollutants

from an offshore aquaculture facility in the Gulf of Mexico[1] subject to effluent limitations, monitoring requirements, and other conditions set forth in the Permit.

2.   In July 2023, Ocean Era, Inc. submitted a modification request to EPA seeking to change the fish species and pen design authorized by the Permit. EPA moved for a partial remand without vacatur to consider the request and conduct any necessary administrative proceedings. ECF No. 2017650.

3.   On December 7, 2023, the Court granted EPA's request, holding the rest of the case in abeyance pending remand proceedings with status reports due every 90 days. ECF No. 2030370. The Court directed the parties to file motions to govern proceedings the earlier of either the completion of remand proceedings or December 7, 2024. *Id.*

4.   EPA has twice moved unopposed to continue the abeyance to provide more time to consider the modification request.  ECF 2088276, 2107467.  The Court granted these motions, and the Court's most recent order directed the Parties to file motions to govern by May 27, 2025.  ECF 2089680, 2109315,

---

[1] On January 20, 2025, President Trump issued an executive order directing that "[t]he area formerly known as the Gulf of Mexico" be renamed as the "Gulf of America." Exec. Order No. 14172, 90 Fed. Reg. 8629 (Jan. 20, 2025). Because the original permit references the Gulf of Mexico, EPA continues to use that name when referring to that permit. *See Daniels v. Exec. Dir. of Fla. Fish & Wildlife Conservation Comm'n*, 127 F.4th 1294, 1299 n.1 (11th Cir. 2025).

5.     On May 15, 2025, EPA issued a modified permit.  *See*

https://www.epa.gov/npdes-permits/ocean-era-inc-velella-epsilon-aquatic-animal-production-facility-national-pollutant.

6.     Petitioners, and others, may seek review of the modified permit by EPA's Environmental Appeals Board ("EAB") within 30 days of receiving notice of the permit's issuance.  40 C.F.R. § 124.19(a).

7.     The Parties jointly seek a further abeyance to conserve the Court's and the Parties' resources while Petitioners, and others, determine whether to seek EAB's review of the modified portions of the permit. Extending the abeyance would avoid piecemeal litigation allowing the Parties to adjudicate all challenges to the permit and modified permit at one time, and continue to preserve Petitioners' rights to challenge the portions of the permit that are not subject to modification. For these reasons, the Parties ask that these cases remain in abeyance for another 45 days, with motions to govern due by July 11, 2025.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*s/ Lucy E. Brown*
FREDERICK H. TURNER
LUCY E. BROWN
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0641 (Turner)
Tel: (202) 598-1868 (Brown)
Email: frederick.turner@usdoj.gov
Email: lucy.e.brown@usdoj.gov

*Attorneys for Respondents*

*/s/Jennifer Best*
Jennifer Best
Stephen Hernick
Friends of Animals
Wildlife Law Program
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791
jennifer@friendsofanimals.org
shernick@friendsofanimals.org

*Counsel for Petitioner Friends of Animals*

4

/s/ William S. Eubanks II
William S. Eubanks II
(970) 703-6060
bill@eubankslegal.com

Elizabeth L. Lewis
(202) 618-1007
lizzie@eubankslegal.com

Eubanks & Associates, PLLC
1629 K St. NW, Ste 300
Washington, DC 20006

*Counsel for Food & Water Watch Petitioners*

Dated: May 27, 2025

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on May 27, 2025, I electronically filed the foregoing Uncontested Motion to Govern and Continue Abeyance with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record.

This document complies with the length limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), the document contains 477 words by Microsoft Word for Microsoft 365's word count utility.

This document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6), because it was prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman.

*s/ Lucy E. Brown*
Lucy E. Brown
United States Department of Justice

*Attorney for Respondents*