| | |
|---|---|
| **No. 22-1253** | **September Term, 2024** |
| | EPA-FL0A00001 |
| | **Filed On: July 18, 2025** [2126107] |

Food & Water Watch, et al.,

      Petitioners

  v.

Environmental Protection Agency and
Environmental Appeals Board,

      Respondents

------------------------------

Consolidated with 23-1092

## O R D E R

    Upon consideration of the joint motion to govern and continue abeyance, it is

    **ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in these consolidated cases within 30 days after completion of proceedings before the Environmental Appeals Board. Respondents are directed to file a status report by October 16, 2025, and at 90-day intervals thereafter.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                          BY:    /s/
                                     Louis Karl Fisher
                                     Deputy Clerk