FOOD AND WATER WATCH, *et al.*,

      *Petitioners*,

    v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

      *Respondents*.

Case No. 22-1253
(consolidated with
Case No. 23-1092)

## EPA'S STATUS REPORT

Pursuant to the Court's July 18, 2025, order (ECF 2126107), Respondents (collectively "EPA") hereby file this status report.

1.     Petitioners in these consolidated cases challenge the U.S. Environmental Protection Agency's issuance of National Pollutant Discharge Elimination System Permit No. FL0A00001 ("the Permit") under the Clean Water Act. The Permit authorizes Ocean Era, Inc. to discharge pollutants from an

offshore aquaculture facility in the Gulf of Mexico[1] subject to effluent limitations, monitoring requirements, and other conditions set forth in the Permit.

2.      In July 2023, Ocean Era submitted a modification request to EPA seeking to change the fish species and pen design authorized by the Permit. EPA moved for a partial remand without vacatur to consider the request and conduct any necessary administrative proceedings. ECF 2017650.

3.      On December 7, 2023, the Court granted EPA's request, holding the rest of the case in abeyance pending remand proceedings. ECF 2030370. The Court granted EPA's unopposed motions to continue the abeyance to provide more time to consider the modification request. ECF 2089680, 2109315.

4.      On May 15, 2025, EPA issued a modified permit. *See* https://www.epa.gov/npdes-permits/ocean-era-inc-velella-epsilon-aquatic-animal-production-facility-national-pollutant. Following issuance of the permit, the Court granted the parties' joint motion to continue the abeyance while the Petitioners

---

[1] On January 20, 2025, President Trump issued an executive order directing that "[t]he area formerly known as the Gulf of Mexico" be renamed as the "Gulf of America." Exec. Order No. 14172, 90 Fed. Reg. 8629 (Jan. 20, 2025). Because the original permit references the Gulf of Mexico, EPA continues to use that name when referring to that permit. *See Daniels v. Exec. Dir. of Fla. Fish & Wildlife Conservation Comm'n*, 127 F.4th 1294, 1299 n.1 (11th Cir. 2025).

determined if they would seek review of the modified permit by the Environmental Appeals Board ("EAB"). ECF 2119151.

5. On June 14 and June 16, 2025, Food and Water Watch, et al., and Friends of Animals Petitioners filed separate petitions for review with the EAB contesting the modified permit. These matters were docketed as NPDES Appeal Nos. 25-01 and 25-02.

6. On July 11, 2025, the parties jointly sought further abeyance to conserve the Courts' and the Parties' resources while the EAB considered the petitions for review of the modified permit. ECF 2124915. The Court granted this motion and directed the parties to file motions to govern further proceedings within 30 days after completion of proceedings before the EAB. ECF 2126107. The Court also directed Respondents to file status reports at 90-day intervals. *Id*.

7. On February 13, 2026, the EAB issued a decision partially denying review and partially remanding the modified permit. *See* https://yosemite.epa.gov/oa/EAB_Web_Docket.nsf/f22b4b245fab46c6852570e6004df1bd/ae5073828d17812385258cac00515740!OpenDocument (docket for NPDES Appeal No. 25-02); https://yosemite.epa.gov/oa/EAB_Web_Docket.nsf/f22b4b245fab46c6852570e6004df1bd/c2d8fba6530b4abe85258ca80043175f!OpenDocument (docket for NPDES Appeal No. 25-01).

8. Pursuant to the Court's July Order, EPA will file a motion to govern by March 16, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*s/ Sanya Shahrasbi*
SANYA SHAHRASBI
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-5810 (Shahrasbi)
Email: sanya.shahrasbi@usdoj.gov

*Attorney for Respondents*

Dated: February 23, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, I electronically filed the foregoing Status Report with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Sanya Shahrasbi
Sanya Shahrasbi
United States Department of Justice

*Attorney for Respondents*