**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

FOOD AND WATER WATCH, *et al.*,
and FRIENDS OF ANIMALS

     *Petitioners*,

     v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, and U.S.
ENVIRONMENTAL PROTECTION
AGENCY ENVIRONMENTAL
APPEALS BOARD

     *Respondents*.

Case No. 23-1092
consolidated with
Case No. 22-1253 (lead case)

**AMENDED PETITION FOR REVIEW**

Pursuant to Federal Rule of Appellate Procedure 15, section 509(b)(1)(F) of the Clean Water Act, 33 U.S.C. § 1369(b)(1)(F), and the Administrative Procedure Act, 5 U.S.C. § 706, Petitioner Friends of Animals hereby amends its Petition for Review. Specifically, Friends of Animals amends its Petition challenging NPDES Permit FLOA00001 to include all subsequent modifications of the Permit and to include the Environmental Appeals Board's February 13, 2026 Order in so far as the Order denied Friends of Animals' petition for review of the modified permit, in part, and it granted the Environmental Protection Agency's (EPA) motion to leave to file a "corrected" administrative record.

# PROCEDURAL BACKGROUND

Respondent EPA issued the Authorization to Discharge Under the National Pollutant Discharge Elimination System (NPDES) Permit Number FL0A00001 (the "Permit"). Friends of Animals filed a Petition for Review of the Permit before the Environmental Appeals Board for the EPA (EAB). Friends of Animals argued that the Permit violated the Clean Water Act, the Endangered Species Act, and the National Environmental Policy Act. On May 6, 2022, the EAB denied review in part and remanded the Petition in part to the EPA to clarify whether the Permit would cause unreasonable degradation of the marine environment. Following remand, the EPA reissued the Permit on June 8, 2022, stating that its previous "use of inconsistent phrasing . . . was unintentional." The EPA clarified that its reissuance of the Permit was final agency action challengeable only in the federal courts of appeal.

Subsequently, on September 12, 2022, Petitioner Friends of Animals petitioned the Second Circuit for review of the Permit. The Second Circuit had jurisdiction of the Petition because the Permit was issued pursuant to NPDES and because Friends of Animals resides in Connecticut. *See* 33 U.S.C. § 1369(b)(1)(F). Friends of Animals contended, and still contends, that the EPA violated the Clean Water Act, Endangered Species, and National Environmental Policy Act in granting the Permit. Friends of Animals asked that the court vacate the Permit.

The Second Circuit then transferred Friends of Animals' Petition for Review to this Court, which consolidated the above-captioned cases. Before this Court set a briefing schedule, Respondents filed a motion for a partial remand without vacatur and requested that the Court hold the remainder of the case in abeyance. Respondents claimed that abeyance was necessary to preserve Petitioners' rights to challenge the unaffected provisions of the Permit. This Court then granted the motion, remanded portions of the Permit to EPA, and held the remainder of this case in abeyance.

**MODIFIED PERMIT AND AMENDED PETITION**

On remand, EPA issued Modified NPDES Permit FLOA00001 on May 15, 2025 (the "Modified Permit"). Petitioners petitioned for review of the Modified Permit before the EAB. The EAB issued an order denying review in part and remanding in part. The EAB held that EPA failed to exercise considered judgment in concluding that pathogens and microplastics introduced by the Modified Permit would not cause unreasonable degradation of the marine environment under the CWA. The EAB also granted EPA leave to file a corrected administrative record index to remove a memorandum on microplastics from the administrative record.

On July 1, 2026, EPA reissued the Modified Permit. EPA again concluded that risks posed by pathogens and microplastics would not cause unreasonable degradation of the marine environment and did not add any additional permit

conditions regarding pathogens or microplastics. EPA clarified that its reissuance of the Modified Permit was final agency action that could be challenged only in the federal courts of appeal pursuant to 33 U.S.C. § 1369(b)(1)(F).

Petitioner Friends of Animals maintains its challenge to any aspect of the Permit that has not been modified and hereby amends its Petition of Review to petition for review of the Modified Permit. Friends of Animals will show that the Modified Permit violates the Clean Water Act and that EPA violated the law in concluding that the Modified Permit will not cause unreasonable degradation of the marine environment. Friends of Animals will also show that the EAB erred in allowing EPA to remove the microplastics memorandum from the administrative record.

Date: July 31, 2026

*/s/ Jennifer Best*
Jennifer Best
Stephen R. Hernick
Friends of Animals Wildlife Law Program
6041 S. Syracuse Way, Suite 250
Greenwood Village, CO 80111
720-945-9453
jennifer@friendsofanimals.org
shernick@friendsofanimals.org

*Attorneys for Petitioner Friends of Animals*

# CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Fed. R. App. P. 15(c)(1) and

25(c)(2), on July 31, 2026 I served copies of the foregoing document

on the following parties participating in the agency proceedings in the manner

indicated below:

**Via CM/ECF system:**

William Stewart Eubanks, II
Elizabeth Leigh Lewis
*Counsel for Petitioners Food & Water Watch, Recirculating Farms Coalition, Center for Food Safety, Sierra Club, Healthy Gulf, Suncoast Waterkeeper, Tampa Bay Waterkeeper*

Marianne Cufone
*Counsel for Petitioner Recirculating Farms Coalition*

Sanya Shahrasbi
Frederick Turner
*Counsel for Respondents Environmental Protection Agency and Environmental Appeals Board*

**Via Email (with written consent)**

Clay Garside
Waltzer Wiygul & Garside, LLC
clay@wwglaw.com
service@wwglaw.com
*Counsel for Petitioners Center for Food Safety,*
*Recirculating Farms Coalition, Tampa Bay*
*Waterkeeper, Suncoast Waterkeeper,*
*Healthy Gulf, Sierra Club, and Food &*
*Water Watch before EAB proceedings for the Modified Permit*

*/s/ Jennifer Best*
Jennifer Best
*Attorney for Petitioner Friends of Animals*