**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

FOOD AND WATER WATCH, *et al.*,

*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Respondents*.

Case No. 22-1253
(consolidated with
Case No. 23-1092)

## RESPONDENTS' MOTION TO GOVERN

Respondents (collectively EPA) respectfully request that the Court order the parties to file a motion to govern further proceedings by August 21, 2026. On July 1, 2026, EPA completed its proceedings on remand and issued a final modified permit. On July 31, 2026, Petitioner Friends of Animals filed its amended petition seeking review of the modified permit. On August 13, 2026, counsel for Petitioners Food and Water Watch et al. notified counsel for the other parties that they intend to dismiss their petition and will not challenge the modified permit. In light of this development, Friends of Animals and EPA are currently negotiating a proposed briefing schedule but require additional time. Accordingly, the EPA respectfully requests that the Court order the parties to submit a proposed briefing schedule by August 21, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*<u>/s/ Jessica Cole</u>*
SANYA SHAHRASBI
JESSICA COLE
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-5810 (Shahrasbi)
Tel: (202) 514-2701 (Cole)
Email: sanya.shahrasbi@usdoj.gov
Email: jessica.cole3@usdoj.gov

*Attorney for Respondents*

Dated: August 14, 2026

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on August 14, 2026, I electronically filed the foregoing Respondents' Motion to Govern with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record.

This document complies with the length limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), the document contains 136 words by Microsoft Word for Microsoft 365's word count utility.

This document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6), because it was prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman.

*/s/ Jessica Cole*
Jessica Cole
United States Department of Justice

*Attorney for Respondents*