**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| FOOD & WATER WATCH, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Respondents*. | Case No. 22-1253<br><br>(consolidated with Case No. 23-1092) |

**STIPULATION OF DISMISSAL OF THE FOOD & WATER WATCH PETITIONERS' APPEAL (CASE NO. 22-1253)**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the Parties to Case No. 22-1253—i.e., Petitioners Food & Water Watch, Recirculating Farms Coalition, Center for Food Safety, Sierra Club, Healthy Gulf, Suncoast Waterkeeper, and Tampa Bay Waterkeeper, and Respondents U.S. Environmental Protection Agency, and U.S. Environmental Protection Agency Appeals Board—stipulate to the voluntary dismissal of this appeal. Each party shall bear their own fees and costs.

This stipulated dismissal of Case No. 22-1253 does *not* affect the separate, consolidated appeal (Case No. 23-1092) pursued by Petitioner Friends of Animals.

Respectfully submitted,

*/s/ William S. Eubanks II*
William S. Eubanks II
(970) 703-6060
bill@eubankslegal.com

Eubanks & Associates, PLLC
1629 K St. NW, Ste 300
Washington, DC 20006

*Counsel for the Food & Water Watch Petitioners*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*s/Sanya Shahrasbi (with permission)*
SANYA SHAHRASBI
JESSICA COLE
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-5810 (Shahrasbi)
Tel: (202) 514-2701 (Cole)
Email: sanya.shahrasbi@usdoj.gov
Email: jessica.cole3@usdoj.gov

*Counsel for Respondents*

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on August 21, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ William S. Eubanks II*
William S. Eubanks II

*Counsel for the Food & Water Watch Petitioners*